

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

| | |
|---|---|
| PJC | *271 Cadman Plaza East* |
| F. #2021R00440 | *Brooklyn, New York 11201* |

June 26, 2024

<u>By E-mail</u>

The Honorable Joseph A. Marutollo
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

       Re:    United States v. Feng Jiang
             <u>Docket No. 24-CR-264 (ENV)</u>

Dear Judge Marutollo:

       The government respectfully moves for an order unsealing the above-referenced matter in its entirety, in light of the defendant's arrest.

       Respectfully submitted,

       BREON PEACE
       United States Attorney

By:           /s/
       Patrick J. Campbell
       Trial Attorney
       Criminal Division, Fraud Section
       U.S. Department of Justice
       (202) 262-7067

Enclosure

cc:     Clerk of Court (by ECF)