**CRIMINAL CAUSE FOR STATUS CONFERENCE:**

BEFORE: Amon, U.S.D.J         JUL. 30, 2024         TIME: 11:00am

CR-24-264

DEFT NAME: **Feng Jiang**                              #
    X present        ___ not present        ___ cust.        x bail

DEFENSE COUNSEL: **David Smith**
    X present        ___ not present        ___ CJA        x RET.        ___ LAS


A.U.S.A.: **Miriam Glaser-Dauermann**                CLERK: D. La Salle
    for Patrick Campbell
REPORTER: Victoria Torres-Butler                     Other:

INT:    (LANG.-           )

X    CASE CALLED.    x    DEFT APPEARS WITH COUNSEL.
___  DEFT APPEARS WITHOUT COUNSEL.
___  COUNSEL PRESENT WITHOUT DEFT.
___  STATUS CONF/HRG FOR DEFT ADJ'D TO _____.
___  STATUS CONF/HRG FOR DEFT HELD.
___  JURY SELECTION SET FOR _____ ---
___  BEFORE J. ROSS    ___ PARTIES CONSENT TO MAGISTRATE.
___  TRIAL SCHEDULED FOR _____.

✓    **SPEEDY TRIAL** INFO FOR DEFT ___ STILL IN EFFECT
    ✓ CODE TYPE _T_ START 7/30/24        STOP 10/1/24
    ✓ ORDER / WAIVER EXECUTED & FILED.    ___ ENT'D ON RECORD.

___  STATUS CONF/HRG CONT'D TO _____.
✓    FURTHER STATUS CONFERENCE SET FOR 10/1/24 @ 11:00am.

DEFT ___ SWORN    ___ ARRAIGNED    ___ INFORMED OF RIGHTS
    ___ WAIVES TRIAL BEFORE DISTRICT COURT

___  DEFT **WITHDRAWS** NOT GUILTY PLEA AND ENTERS **GUILTY PLEA** TO CTS. ___
    _____ OF THE (Superseding) INDICTMENT / INFORMATION.
___  COURT FINDS FACTUAL BASIS FOR THE PLEA.
___  SENTENCING TO BE SET BY PROBATION.
OTHER: