UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
UNITED STATES OF AMERICA

      v.                                         **Notice of Appearance**

FENG JIANG

                  Defendant,             **Case No. 24-264 (ARR)**

-----------------------------------------------------------------x

     PLEASE TAKE NOTICE that David Smith, Esq. of Smith & King, LLC hereby

represents Defendant Feng Jiang in the above-captioned matter.

Dated: Garden City, New York
       July 30, 2024

 

                            _____
                            David Smith, Esq.
                            Smith & King, LLC
                            666 Old Country Road, Suite 305
                            Garden City, New York 11530
                            Phone: (212) 681-2800
                            Facsimile: (917) 591-3244
                            E-mail: davidsmith@smithandkinglaw.com