# SMITH & KING LLC

www.SmithandKinglaw.com

**LONG ISLAND OFFICE:**
666 OLD COUNTRY ROAD
SUITE 305
GARDEN CITY, N.Y. 11530
Telephone: (516) 213-0018
Fax: (917) 591-3244

**NEW YORK CITY OFFICE:***
900 THIRD AVENUE, 13TH FLOOR
NEW YORK, N.Y. 10022
Telephone: (212) 681-2800
Fax: (917) 591-3244
*Please send all mail to the Garden City Office

David S. Smith, Esq.†
Brian King, Esq. (1978-2021)
†Admitted in New York and California

September 27, 2024

*Defense request that the court appearance scheduled for October 1, 2024, be adjourned 11/5/2024 @ 12:00noon and that time be excluded for speedy trial purposes is granted. So Ordered,*

*s/ Allyne R. Ross*

*Allyne R. Ross, U.S.D.J.  9/27/24*

Via ECF
Honorable Allyne Ross
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, N.Y.  11201

    Re:    United States v. Feng Jiang
             24-CR-264

Your Honor,

    I represent defendant Feng Jiang in the above-referenced matter.  I write to respectfully request that the court appearance scheduled for this Tuesday, October 1, 2024, be adjourned for 45 days.  This appearance will be the second one before Your Honor and no previous adjournment requests have been filed in the past.

    The government has turned over voluminous discovery which is currently under review and the parties are currently engaged in ongoing plea discussions.  We do not believe, however, that these discussions will be complete by Tuesday's appearance.  I believe that this adjournment is in my client's best interest and that the ends of justice served by granting it outweigh the best interest of the public and my client in a speedy trial.  Accordingly, I respectfully request that this adjournment, if granted, be excluded for speedy trial purposes.

    I have spoken with AUSA Patrick Campbell and he consents to this request.

                                              Respectfully submitted,

                                              David Scott Smith, Esq.

Cc: AUSA Patrick Campbell (via ECF)