# CRIMINAL CAUSE FOR STATUS CONFERENCE:

BEFORE: ROSS, U.S.D.J     NOV. 5, 2024     TIME: 12:00 noon

CR-24-264

DEFT NAME: **Feng Jiang**     #
✓ present     ___ not present     ___ cust.     X bail

DEFENSE COUNSEL: David S. Smith
✓ present     ___ not present     ___ CJA     ✓ RET.     ___ LAS

A.U.S.A.: Patrick J. Campbell     CLERK: D. La Salle

REPORTER: Avery Armstrong     Other: ___

INT: (LANG.-Mandarin) Junjie Chen.

- X   CASE CALLED.   x   DEFT APPEARS WITH COUNSEL.
- ___ DEFT APPEARS WITHOUT COUNSEL.
- ___ COUNSEL PRESENT WITHOUT DEFT.
- ___ STATUS CONF/HRG FOR DEFT ADJ'D TO _____.
- ___ STATUS CONF/HRG FOR DEFT HELD.
- ___ JURY SELECTION SET FOR _____
- ___ BEFORE J. ROSS    ___ PARTIES CONSENT TO MAGISTRATE.
- ___ TRIAL SCHEDULED FOR _____.

- ✓ **SPEEDY TRIAL** INFO FOR DEFT ___ STILL IN EFFECT
  - ✓ CODE TYPE __T__ START 11/5/24     STOP 12/5/24
  - ___ ORDER / ~~WAIVER EXECUTED~~ & FILED. ___ ENT'D ON RECORD.

- ___ STATUS CONF/HRG CONT'D TO _____.
- ✓ FURTHER STATUS CONFERENCE SET FOR 12/5/24 @ 2:00 pm.

DEFT ___ SWORN    ___ ARRAIGNED ___ INFORMED OF RIGHTS
     ___ WAIVES TRIAL BEFORE DISTRICT COURT

- ___ DEFT **WITHDRAWS** NOT GUILTY PLEA AND ENTERS **GUILTY PLEA** TO CTS. ___
  _____ OF THE (Superseding) INDICTMENT / INFORMATION.
- ___ COURT FINDS FACTUAL BASIS FOR THE PLEA.
- ___ SENTENCING TO BE SET BY PROBATION.

OTHER: _____