**CRIMINAL CAUSE FOR PLEADING:**

BEFORE: Allyne R. Ross, U.S.D.J.     DATE: 1/10/2025     TIME: 11:00
CR-24-264  ( ARR )

DEFT NAME: **Feng Jiang**                                                    #
    X   present          ___ not present          ___ cust.          x   bail

DEFENSE COUNSEL: **David Smith**
    X   present          ___ not present          ___ CJA     x RET.     LAS

**A.U.S.A.:** Patrick Campbell          CLERK: D. La Salle

Rep. Leeann Musolf                              OTHER: ___
INT:    (LANG.-Mandarin) Lily Lau

xx   CASE CALLED.     ___ DEFENDANT'S FIRST APPEARANCE.
DEFT xx   SWORN     ___ ARRAIGNED xx   INFORMED OF RIGHTS
        ___ WAIVES TRIAL BEFORE DISTRICT COURT

___   WAIVER OF INDICTMENT EXECUTED FOR DEFT.
___   SUPERSEDING INDICTMENT / INFORMATION FILED.
___   DEFT FAILED TO APPEAR, BENCH WARRANT ISSUED.
___   DEFT ENTERS A PLEA OF NOT GUILTY TO ALL CTS.

___   DEFT ENTERS **GUILTY PLEA** TO CTS._____ O F
      (Superseding) INDICTMENT/INFORMATION.
XX    DEFT **WITHDRAWS** NOT GUILTY PLEA AND ENTERS **GUILTY PLEA** TO CTS.
      ___THREE_____ Of the indictment.
XX    COURT FINDS FACTUAL BASIS FOR THE PLEA.
XX    SENTENCING SET FOR 5/13/2025 @ 11:00am

___   DEFT ENTER **NOT GUILTY PLEA.**
XX    BAIL ___ SET  _X_  CONTINUED FOR DEFT.
___   DEFT CONTINUED IN CUSTODY.
___   CASE ADJOURNED TO_____ FOR _____
___   JURY SELECTION SET FOR _____ ___ BY MAG.
___   TRIAL SET FOR _____
___   **SPEEDY TRIAL** INFO FOR DEFT   ___ STILL IN EFFECT
        CODE TYPE_____   START_____   STOP_____

_____ORDER / WAIVER EXECUTED & FILED.    ___ ENT'D ON RECORD.

OTHER: Plea agreement marked as government exhibit one; Plea agreement returned to A.U.S.A.