

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

FR:TRP
F. #2024R00579

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

March 11, 2025

By ECF
The Honorable Allyne R. Ross
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> Re:  United States v. Feng Jiang
> Criminal Docket No. 24-264 (ARR)

Dear Judge Ross:

Enclosed please find a proposed Preliminary Order of Forfeiture (the "Preliminary Order") in the above-referenced case, the terms of which the defendant, Feng Jiang, has agreed to in connection with his guilty plea before Your Honor on January 10, 2025. The government respectfully requests that the Court "so order" and enter the enclosed Preliminary Order pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

Thank you for Your Honor's consideration of this submission.

Respectfully submitted,

JOHN J. DURHAM
United States Attorney

By:  /s/ Tanisha R. Payne
Tanisha R. Payne
Assistant U.S. Attorney
718-254-6358

Encl.: Preliminary Order of Forfeiture
cc:    Counsel of Record (by ECF)