# SMITH & KING LLC

www.SmithandKinglaw.com

**LONG ISLAND OFFICE:**
666 OLD COUNTRY ROAD
SUITE 305
GARDEN CITY, N.Y. 11530
Telephone: (516) 213-0018
Fax: (917) 591-3244

**NEW YORK CITY OFFICE:***
900 THIRD AVENUE, 13TH FLOOR
NEW YORK, N.Y. 10022
Telephone: (212) 681-2800
Fax: (917) 591-3244
*Please send all mail to the Garden City Office

David S. Smith, Esq.†
Brian King, Esq. (1978-2021)
†Admitted in New York and California

June 10, 2025

*Via ECF*
Honorable Allyne Ross
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, N.Y. 11201

> Application Granted. New date for sentencing is set for 7/23/2025 @ 11:30am.
> So Ordered,
> /s/(ARR)
> ALLYNE R. ROSS, U.S.D.J. 6/11/25

Re: United States v. Feng Jiang
24-CR-264

Your Honor,

I represent defendant Feng Jiang in the above-referenced matter. Mr. Jiang is currently scheduled to be sentenced on June 24, 2025. I write to respectfully request that his sentencing be adjourned to July 22 or July 23, 2025, to allow me additional time to prepare and file a sentencing memorandum on Mr. Jiang's behalf. Sentencing has been adjourned once previously at the request of Probation. This is the defendant's first such request.

I have spoken with Probation Officer Lohwasser and she consents to this adjournment request. I have also spoken with AUSA Patrick Campbell, who does not object to this adjournment request and has indicated that he is available on July 22 or July 23, 2025, for sentencing.

Accordingly, I respectfully request that Mr. Jiang's sentencing be adjourned to July 22 or July 23, 2025.

Respectfully submitted,

David Scott Smith, Esq.

Cc: AUSA Patrick Campbell (via ECF)