

www.SmithandKinglaw.com

*LONG ISLAND OFFICE:*
666 OLD COUNTRY ROAD
SUITE 305
GARDEN CITY, N.Y. 11530
Telephone: (516) 213-0018
Fax: (917) 591-3244

*NEW YORK CITY OFFICE:\**
900 THIRD AVENUE, 13TH FLOOR
NEW YORK, N.Y. 10022
Telephone: (212) 681-2800
Fax: (917) 591-3244
*Please send all mail to the Garden City Office

David S. Smith, Esq.†
Brian King, Esq. (1978-2021)
†Admitted in New York and California

October 14, 2025

Via ECF
The Honorable Allyne R. Ross
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re: *United States v. Feng Jiang*
       Docket No. 1:24-cr-00264-ARR

Your Honor:

  I write in advance of Mr. Jiang's sentencing, scheduled for Thursday, October 16, 2025, to supplement the personal information contained in the PSR and to inform the Court of a significant development in his personal life. Mr. Jiang and his wife, Mei Lan Piao, have recently learned that she is pregnant. A letter from her physician, dated September 30, 2025, confirming the pregnancy is attached.

  Mr. Jiang and Ms. Piao have long hoped to expand their family since the birth of their son twelve years ago. After years of unsuccessful attempts and a miscarriage seven years ago, they were surprised and elated to learn in July of this year that Ms. Piao had become pregnant. Unfortunately, shortly thereafter she miscarried once again. With this newfound indication that she could become pregnant and given Ms. Piao's age (41) and medical history, her doctor advised that this may be their last viable opportunity to conceive.

  While hoping for the best, they understood the possibility of Mr. Jiang being sentenced to a period of incarceration and decided to try once more while the opportunity was available.

Thankfully, Ms. Piao tested positive two weeks ago, and her due date has been calculated as May 18, 2026.

I will be prepared to discuss this further at sentencing but wanted to bring it to Your Honor's attention in advance.

Respectfully,

David S. Smith

Enc.

cc: AUSA Patrick J. Campbell (via ECF)



# CHARLES B. WANG
# COMMUNITY HEALTH CENTER

OB/GYN, 131-72 40th Road, Flushing, NY 11354 | Phone 718.886.1287 | Fax 718.886.3903

## NOTIFICATION OF POSITIVE URINE PREGNANCY TEST

Date: 9/30/2025

MRN #: [redacted]

DOB: [redacted]

To Whom It May Concern:

This is to inform you that __Mei Lan Piao__ is now pregnant.

According to patient, her LMP was on __8/11/2025__. Her EDC will be on __5/18/2026__.

Sincerely,

SAMUEL WONG, MD
License # 208297

Provider's Signature