CRIMINAL CAUSE FOR SENTENCING

BEFORE: ROSS, U.S.D.J.        OCT.16,2025     Time:11:30am

CR-24-264                     DEFT NUMBER:

DEFT NAME: **Feng Jiang**

✓ present    ___ not present    ___ cust.    ✓ bail

DEFENSE COUNSEL: **David S. Smith**

✓ present    ___ not present    ___ CJA    ✓ RET.    ___ LAS

A.U.S.A.: **Patrick J. Campbell**        CLERK: D. LaSalle

Reporter: Anthony Frisolone.            PO: Erica Vest

INT: (LANG.- Mandarin) Tuo Han

XXX CASE CALLED.    ___ SENTENCING ADJ'D TO _____.

X  SENTENCING HELD.    x  STATEMENTS OF DEFT AND COUNSEL HEARD.

x  DEFT SENTENCED ON COUNT  THREE  OF THE Superseding / (Indictment) / Information.

Defendant is sentenced to 15 months incarceration to be followed by 2 years supervised release; a special assessment of $100 is imposed.

REMAINING OPEN COUNTS ARE DISMISSED ON  ✓  GOVTS MOTION

                                        ___ COURT'S MOTION

✓ COURT ADVISED DEFT OF RIGHT TO APPEAL.   ___ I.F.P. GRANTED.

___ DEFT REMANDED.    ___ DEFT ON BAIL PENDING APPEAL.

**OTHER:**