UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - X

| | |
|---|---|
| UNITED STATES OF AMERICA | ORDER OF RESTITUTION |
| – against – | Criminal Docket No. 24-264 (ARR) |
| FENG JIANG, | |
| Defendant. | |

- - - - - - - - - - - - - - - - - - X

WHEREAS, the defendant FENG JIANG pleaded guilty on January 10, 2025, in the above-captioned case, and

WHEREAS, the defendant FENG JIANG was sentenced on October 16, 2025, and ordered to pay restitution,

1. This order of restitution will be incorporated by reference to the Judgment and Commitment Order to be filed in connection with the above-captioned case.

2. The defendant is directed to pay restitution to the victim named and in the amount listed in Exhibit A to this order.

3. Restitution is due immediately. The total restitution amount to be paid to Medicare is $24,411,567.11 ~~plus interest~~. See 18 U.S.C. § 3612(f). Restitution to Medicare shall be imposed jointly and severally with the restitution to Medicare imposed in United States v. Huang, No. 23-CR-234 (ARR).

4. Monthly payments shall be made to the Clerk of the Court, United States District Court, 225 Cadman Plaza East, Brooklyn, N.Y. 11201. The payment instrument shall reference the case name and number, as set forth above.

5. The Clerk is directed to distribute restitution payments to the victim at least once per year to the extent funds are available to distribute. The United States Department of

Probation and the United States Attorney's Office are directed to provide to the Clerk whatever assistance is necessary to assure prompt distribution of restitution payments. The Clerk is directed to mail a copy of the instant document and the attachment to the Criminal Trial Attorney assigned to the instant case and the Financial Litigation Unit of the United States Attorney's Office of the Eastern District of New York.

Dated: Brooklyn, New York
October 16, 2025

s/Allyne R Ross

THE HONORABLE ALLYNE R. ROSS
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA                Criminal Docket No. 24-264 (ARR)

- against -

FENG JIANG,

                Defendant.

- - - - - - - - - - - - - - - - - - X

## EXHIBIT A TO ORDER OF RESTITUTION

| VICTIM NAME AND ADDRESS | LOSS AMOUNT |
|---|---|
| Centers for Medicare and Medicaid Services<br>Division of Accounting Operations<br>P.O. Box 7520<br>Baltimore, MD 21207-0520 | $24,411,567.11 |
| Total Restitution | $24,411,567.11 (plus interest) |