F. # 2024R00579

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

– – – – – – – – – – – – – – – – – X

UNITED STATES OF AMERICA

    - against -

FENG JIANG,
    also known as "Jeff,"

                Defendant.

– – – – – – – – – – – – – – – – – X

**CERTIFICATE OF SERVICE**

Criminal Docket No. 24-264 (ARR)

       I, Nicole Brown, hereby certify that on October 21, 2025, I caused to be served the following documents:

       1) Notice of Forfeiture to Potential Third Party Claimants; and

       2) Amended Preliminary Order of Forfeiture entered against Feng Jiang (ECF No. 40),

by Federal Express (receipts attached hereto) pursuant to 21 U.S.C. § 853(n)(1), upon:

Hu Shen
HSJD Management. Inc.
61-48 232nd Street
Bayside, NY 11364
Federal Express Tracking No. 885359150215

Dated:   Brooklyn, New York
          October 23, 2025

By:   *Nicole Brown*
      Nicole Brown
      FSA, Paralegal
      United States Attorney
      Eastern District of New York
      271-A Cadman Plaza East
      Brooklyn, New York 11201
      (718) 254-6575



October 23, 2025

Dear Customer,

The following is the proof-of-delivery for tracking number: 885359150215

## Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Residence |
| **Signed for by:** | Signature not required | **Delivery Location:** | 6148 232ND ST |
| **Service type:** | FedEx Standard Overnight | | |
| **Special Handling:** | Deliver Weekday; Residential Delivery | | Bayside, NY, 11364 |
| | | **Delivery date:** | Oct 22, 2025 12:45 |

## Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 885359150215 | **Ship Date:** | Oct 21, 2025 |
| | | **Weight:** | 0.5 LB/0.23 KG |

**Recipient:**
Hu Shen, HSJD Management. Inc.
61-48 232nd Street
FLUSHING, NY, US, 11364

**Shipper:**
Nicole Brown, US ATTORNEY OFFICE
271 Cadman Plaza East
7th Floor
Brooklyn, NY, US, 11201

Proof-of-delivery details appear below; however, no signature is available for this FedEx Express shipment because a signature was not required.

Thank you for choosing FedEx