

www.SmithandKinglaw.com

| *LONG ISLAND OFFICE:* | *NEW YORK CITY OFFICE:** |
|---|---|
| 666 OLD COUNTRY ROAD | 900 THIRD AVENUE, 13TH FLOOR |
| SUITE 305 | NEW YORK, N.Y. 10022 |
| GARDEN CITY, N.Y. 11530 | Telephone: (212) 681-2800 |
| Telephone: (516) 213-0018 | Fax: (917) 591-3244 |
| Fax: (917) 591-3244 | *Please send all mail to the Garden City Office |

David S. Smith, Esq.[†]
Brian King, Esq. (1978-2021)
†Admitted in New York and California

November 25, 2025

<u>Via ECF</u>
Honorable Allyne Ross
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, N.Y. 11201

    Re: United States v. Feng Jiang
       24-CR-264

Your Honor,

  I represent defendant Feng Jiang in the above-referenced matter. I am in receipt of a letter from Pre-Trial Services regarding the return of my client's passport now that he has been sentenced, has begun serving his custodial term and his pretrial release has been terminated.

  Mr. Jiang will be under supervised release when he is released from custody. Accordingly, I respectfully request that the Court order my client's passport to be transferred to the United States Probation Office. I have spoken with AUSA Patrick Campbell and he consents to this transfer.

        Respectfully submitted,

        David Scott Smith, Esq.

Cc: AUSA Patrick Campbell (via ECF)
   Pre-Trial Services Officer Kadian Hammond (via e-mail)