

# SMITH&KINGLLC

www.SmithandKinglaw.com

**LONG ISLAND OFFICE:**
666 OLD COUNTRY ROAD
SUITE 305
GARDEN CITY, N.Y. 11530
Telephone: (516) 213-0018
Fax: (917) 591-3244

**NEW YORK CITY OFFICE:***
900 THIRD AVENUE, 13ᵀᴴ FLOOR
NEW YORK, N.Y. 10022
Telephone: (212) 681-2800
Fax: (917) 591-3244
*Please send all mail to the Garden City Office

David S. Smith, Esq.†
Brian King, Esq. (1978-2021)
†Admitted in New York and California

November 25, 2025

*Handwritten order:* Defense request that his client's passport be transferred to the U.S. Probation Department is granted. So Ordered. /s/(ARR) 11/26/25

Via ECF
Honorable Allyne Ross
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, N.Y.  11201

Re:    United States v. Feng Jiang
24-CR-264

Your Honor,

I represent defendant Feng Jiang in the above-referenced matter. I am in receipt of a letter from Pre-Trial Services regarding the return of my client's passport now that he has been sentenced, has begun serving his custodial term and his pretrial release has been terminated.

Mr. Jiang will be under supervised release when he is released from custody. Accordingly, I respectfully request that the Court order my client's passport to be transferred to the United States Probation Office. I have spoken with AUSA Patrick Campbell and he consents to this transfer.

Respectfully submitted,

David Scott Smith, Esq.

Cc:    AUSA Patrick Campbell (via ECF)
Pre-Trial Services Officer Kadian Hammond (via e-mail)